UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00237

**Stephen D. Ford,**
*Plaintiff,*
v.
**Maxey Cerliano, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff, a pretrial detainee confined in the Gregg County Jail, proceeding *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report (Doc. 9) recommending that plaintiff's complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). The report was mailed to plaintiff on October 31, 2019 but returned as undeliverable on November 18, 2019. Doc. 10. On November 20, 2019, the report was, again, mailed to plaintiff's last known address. As of the date of this order, plaintiff has not objected to the magistrate judge's findings and recommendations. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

There being no objections, and the court being satisfied that the report contains no clear error, the court adopts the findings and conclusions of the magistrate judge as the findings and conclusions of the court. It is accordingly **ordered** that plaintiff's complaint is **dismissed with prejudice**.

*So ordered by the court on January 7, 2020.*

J. CAMPBELL BARKER
United States District Judge